## 62260. WELLS et al. v. WHITEMARSH CONTRACTORS, INC.

McMURRAY, Presiding Judge.

The Supreme Court in *Whitemarsh Contractors, Inc. v. Wells,* 249 Ga. 194 (288 SE2d 198) has reversed our judgment in *Wells v. Whitemarsh Contractors, Inc.,* 160 Ga. App. 176 (286 SE2d 752), and reinstated the judgment of the trial court. Therefore, in conformity with the mandate of the Supreme Court our judgment and opinion therein is vacated and set aside and the judgment of the trial court is affirmed.

*Judgment affirmed. Quillian, C. J., and Pope, J., concur.*

DECIDED APRIL 21, 1982.

*John T. Woodall, Michael D. Usry,* for appellants.
*Anthony H. Abbott, Laurie K. Abbott,* for appellee.